IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAR 16 PM 6:00

NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| HILL DERMACEUTICALS, INC., a Florida corporation, ) ) ) | |
| Plaintiff, ) ) | FILED |
| v. ) ) | MAR 1 6 2007 |
| U.S. FOOD AND DRUG ADMINISTRATION, ) ) ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| And ) ) | |
| ANDREW C. VON ESCHENBACH, MD., *In His Official Capacity as Commissioner of the United States Food And Drug Administration,* ) ) ) ) ) | Case: 1:07-cv-00552 Assigned To : Lamberth, Royce C. Assign. Date : 3/16/2007 Description: HILL DERM v. USDA |
| Defendants. ) ) | |

**Certificate Required by Rule 7.1 of the Local Rules of the
<u>United States District Court for the District of Columbia</u>**

I, the undersigned, counsel of record for Hill Dermaceuticals, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hill Dermaceuticals, Inc., which have any outstanding securities in the hands of the public:

<u>**None.**</u>

These representations are made in order that judges of this court may determine the need for recusal.

2

Respectfully Submitted

Dated: March 16, 2007.

By: _____
Simon E. Dance (D.C. Bar No. 436432)
ATTORNEY OF RECORD

David L. Rosen (D.C. Bar No. 438634)
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5101
Tel:    (202) 672-5430
Fax:    (202) 672-5399

Larry M. Roth (not admitted in D.C.)
(Fla. Bar No. 20811)
LAW OFFICE OF LARRY M. ROTH, P.A.
1615 Edgewater Drive, Suite 180 [32804]
P.O. Box 547637
Orlando, Florida 32854-7637
Tel:    (407) 872-2239
Fax:    (407) 872-6927

*Attorneys for Plaintiff*
*Hill Dermaceuticals, Inc.*