IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC.,<br>a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG<br>ADMINISTRATION,<br><br>    And<br><br>ANDREW C. VON ESCHENBACH, MD.,<br>*In His Official Capacity as Commissioner*<br>*of the United States Food And*<br>*Drug Administration,*<br><br>    Defendants. | CASE NO. 1:07-cv-00552 |

## ERRATA SHEET

Plaintiff, Hill Dermaceuticals, Inc. ("HDI"), hereby submits an Errata Sheet to include an Updated Certificate of Service. Service on the U.S. Attorney General, U.S. Attorney for the District of Columbia and the Secretary of Health and Human Services was inadvertently omitted from the original filing.

Respectfully Submitted

Dated: April 12, 2007.

By: _____
Simon E. Dance (D.C. Bar No. 436432)
David L. Rosen (D.C. Bar No. 438634)
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5101
Tel:  (202) 672-5430
Fax:  (202) 672-5399

Larry M. Roth (not admitted in D.C.)
(Fla. Bar No. 20811)
LAW OFFICE OF LARRY M. ROTH, P.A.
1615 Edgewater Drive, Suite 180 [32804]
P.O. Box 547637
Orlando, Florida 32854-7637
Tel:  (407) 872-2239
Fax:  (407) 872-6927

*Attorneys for Plaintiff*
*Hill Dermaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12th, 2007, I caused copies of the foregoing Complaint and Summons to be served on the following:

**(By Certified First Class Mail)**
The Honorable Alberto R. Gonzales, Esq.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**(By Certified First Class Mail)**
The Honorable Michael O. Leavitt
Secretary of the United States Department of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C., 20201

**(By Hand Delivery)**
Office of the United States Attorney for the District of Columbia
Attention: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

**(Courtesy Copy of Certificate of Service Only Sent By First Class Mail)**
U.S. Food And Drug Administration,
Andrew C. Von Eschenbach, Md.,
In His Official Capacity as Commissioner
of the United States Food And
Drug Administration,
5600 Fishers Lane,
Rockville, MD 20857

**(Courtesy Copy of Certificate of Service Only Sent By First Class Mail and E-Mail)**
Paige Taylor, Esq.
Food and Drug Administration
Office of the Chief Counsel
5600 Fishers Lane
Room 605 (Mailstop GCF-1)
Rockville, MD  20857


Dated: April 12, 2007                    By:  _____
                                              Simon E. Dance (D.C. Bar No. 436432)

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12th, 2007, I caused copies of the foregoing Errata Sheet and Updated Certificate of Service to be served on the following:

**(By First Class Mail)**
The Honorable Alberto R. Gonzales, Esq.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**(By First Class Mail)**
The Honorable Michael O. Leavitt
Secretary of the United States Department of Health and Human Services
200 Independence Avenue S.W.
Washington, D.C., 20201

**(By First Class Mail)**
Office of the United States Attorney for the District of Columbia
Attention: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

**(By First Class Mail)**
U.S. Food And Drug Administration,
Andrew C. Von Eschenbach, Md.,
In His Official Capacity as Commissioner
of the United States Food And
Drug Administration,
5600 Fishers Lane,
Rockville, MD 20857

**(By First Class Mail)**
Paige Taylor, Esq.
Food and Drug Administration
Office of the Chief Counsel
5600 Fishers Lane
Room 605 (Mailstop GCF-1)
Rockville, MD  20857


Dated: April 12, 2007                    By: _____
                                              Simon E. Dance (D.C. Bar No. 436432)