IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FOOD AND DRUG ADMINISTRATION )<br>and ANDREW C. VON ESCHENBACH, MD., )<br>)<br>Defendants. ) | 1:07-cv-00552 (RCL) |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as counsel for defendants U.S. Food and Drug Administration and Andrew C. von Eschenbach.

Respectfully submitted,

/s/
GERALD C. KELL (D.C. Bar No. 929125)
Senior Trial Counsel
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:   (202) 514-1586
Fax:   (202) 514-8742
gerald.kell@usdoj.gov