UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-552 (RCL) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion [5] of Simon E. Dance, an active member of the Bar of this Court, for the admission *pro hac vice* of Larry M. Roth, the Declaration of Larry M. Roth, and for good cause shown, it is hereby

ORDERED, that the Motion [5] for Admission *Pro Hac Vice* is GRANTED, and that Larry M. Roth is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under LcvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.