IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HILL DERMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:07-cv-00552 (RCL) |
| U.S. FOOD AND DRUG ADMINISTRATION and ANDREW C. VON ESCHENBACH, MD., | ) ) ) ) | |
| Defendants. | ) ) | |

DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants hereby move the court for a one week extension of time in which to respond to plaintiff's Motion to Stay (Docket Entry No. 4), and in support of this motion state the following:

1. Plaintiff Hill Dermaceuticals, Inc., (HDI) commenced this action on March 16, 2007, seeking, inter alia, to compel defendant Food and Drug Administration (FDA) to provide a decision on a citizen petition submitted by HDI to FDA.

2. On April 13, 2007, plaintiff filed its motion "for a stay preventing the approval of any and all generic Abbreviated New Drug Applications ('ANDAs'), referencing HDI's Derma-Smoothe/FS® (fluocinolone acetonide) Scalp Oil or Body Oil product by the U.S. Food and Drug Administration and its Commissioner (collectively, 'Agency' or 'FDA'), until the Agency provides a substantive response to HDI's Citizen Petition." Motion at 1. On the same date, plaintiff served its motion upon defendants by mail.

3. Pursuant to the Local Civil Rules 7(b) and Rule 6(e) of the Federal Rules of Civil

Procedure, defendants' response to plaintiff's motion to stay must be served and filed by no later than April 27, 2007.

4. Prior to the commencement of this action and the filing of plaintiff's motion to stay, undersigned counsel for defendants had scheduled personal travel to begin on April 27, 2007, and continue until May 1, 2007. Because of that travel and the internal government review necessary for defendants' response to plaintiff's motion, it is not possible for defendants to serve and file there response by April 27, 2007.

5. Counsel for defendants has conferred with Simon Dance, counsel for plaintiff, and requested a one week extension of time to May 4, 2007, to serve and file defendants' response to plaintiff's motion. Counsel for plaintiff has stated that plaintiff is not opposed to such an extension.

WHEREFORE, defendants move the court for an order extending their time to serve and file their response to plaintiff's motion to stay until May 4, 2007.

Respectfully submitted,

/s/
GERALD C. KELL (D.C. Bar No. 929125)
Senior Trial Counsel
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:   (202) 514-1586
Fax:   (202) 514-8742
gerald.kell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HILL DERMACEUTICALS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:07-cv-00552 (RCL) |
| U.S. FOOD AND DRUG ADMINISTRATION and ANDREW C. VON ESCHENBACH, MD., | ) | |
| Defendants. | ) | |

ORDER EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S MOTION TO STAY

Upon consideration of defendants' motion for a one week extension of time to respond to plaintiff's Motion to Stay (Docket Entry No. 4), and good cause appearing therefor, it is hereby ORDERED that defendants shall have until May 4, 2007, to serve and file their response to plaintiff's said motion.

This the _____ day of _____ 2007.

_____
ROYCE C. LAMBERTH
United States District Judge