UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-552 (RCL) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of defendants' Motion [8] for a one-week extension of time to respond to plaintiff's Motion to Stay [4], and good cause appearing therefor, it is hereby

ORDERED, that defendants shall have until May 4, 2007 to serve and file their response to plaintiff's said motion.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 2, 2007.