UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FOOD & DRUG )<br>ADMINISTRATION, et al., )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 07-cv-00552 (RCL) |

**NOTICE OF FILING**

In this case, Hill Dermaceuticals, Inc., (HDI) alleges that the United States Food and Drug Administration (FDA) has violated the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 706(1), by delaying unreasonably in responding to a citizen petition that HDI submitted to FDA concerning generic versions of HDI's innovator drug Derma-Smoothe/FS® (fluocinolone acetonide topical oil, 0.01%).  On April 13, 2007, HDI moved this Court for an order preventing FDA from approving any generic version of Derma-Smoothe until FDA "provides a substantive response to [HDI's] Citizen Petition." (Docket Entry No. 4).  The government opposed HDI's motion on May 4, 2007 (Docket Entry No. 10); HDI filed a reply in support of its motion on May 11, 2007 (Docket Entry No. 11);  and the motion is presently pending before this Court.

In order to keep the Court apprised of the status of HDI's citizen petition, the government is filing as Exhibit 1 hereto a supplement to the petition submitted to FDA by HDI on May 15, 2007.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | PETER D. KEISLER |
| Of Counsel: | Assistant Attorney General |
|  |  |
| DANIEL MERON | C. FREDERICK BECKNER III |
| General Counsel | Deputy Assistant Attorney General |
|  |  |
| SHELDON T. BRADSHAW | EUGENE M. THIROLF |
| Associate General Counsel | Director |
| Food and Drug Division |  |
|  |  |
| ERIC M. BLUMBERG |  |
| Deputy Chief Counsel, Litigation | /s/ |
|  | GERALD C. KELL |
| PAIGE H. TAYLOR | Senior Trial Counsel |
| Associate Chief Counsel, Litigation | Office of Consumer Litigation |
| U.S. Dept. of Health & Human Services | U.S. Department of Justice |
| Office of the General Counsel | P.O. Box 386 |
| 5600 Fishers Lane | Washington, D.C. 20044 |
| Rockville, MD  20857 | Tel:  202-307-0044 |
| 301-827-1161 | Fax:  202-514-1586 |
|  | gerald.kell@usdoj.gov |

May 18, 2007

# Hill Dermaceuticals, Inc.
Innovative Dermatologicals for Children and Adults

7150
MAY 16 A9:43

**VIA FEDERAL EXPRESS**

Dockets Management Branch, HFA-305
Food and Drug Administration
Department of Health and Human Services
5630 Fishers Lane, Room 1061
Rockville, MD 20852

May 15, 2007

**RE:   Amendment to Citizen Petition – 2004P-0448**

Dear Sir / Madam:

Attached is the affidavit of Rosario G. Ramirez, MD. Hill Dermaceuticals, Inc. is requesting that this be docketed to the above referenced Citizen's Petition in support of the same.

Sincerely,

Jerry Roth
President

Enc.

2004P-0448

Sup 4

2650 South Mellonville Avenue • Sanford, FL 32773-9311 • Phone 407-323-1887 • 1-800-344-5707 • Fax 407-649-9213
www.HillDerm.com

# AFFIDAVIT OF ROSARIO G. RAMIREZ, M.D.
## In Support of Citizen Petition, Docket 2004P-0448

State of ____Florida_____  )
                                    ) ss.
County of ___Seminole_____   )

BEFORE ME, the undersigned authority on this day personally appeared Rosario G. Ramirez, M. D., who, upon her oath duly deposed and stated as follows, to-wit:

1. This affidavit is made on my own personal knowledge and belief. I am over the age of 18 years, and otherwise *sui juris*. I testify as to the following matters based upon my own personal knowledge:

2. Educational Background – I earned my Medical degree from Far Eastern University, in Manila, Philippines. My undergraduate degree, Bachelor of Science in Zoology, was completed at the Universidad de Santo Tomas in Manila, Philippines.

3, My professional pharmaceutical industry experience is with Hill Dermaceuticals, Inc., as Director of Medical and Scientific Affairs as well as Regulatory Affairs.

4. As the responsible person for designing, carrying out and interpreting the results obtained from clinical studies, and understanding and complying with regulatory requirements and the new drug applications of dermatological products developed and manufactured by Hill Dermaceuticals, Inc., and my experience in the pharmaceutical industry, I am providing my comments on bioequivalence issues associated with Derma-Smoothe/FS® (fluocinolone acetonide) Topical Oil 0.01%, for possible generic versions of Derma-Smoothe/FS® Scalp Oil and Derma-Smoothe/FS® Body Oil.

1

5.  It is my medical judgment that an applicant for a generic version of *Derma-Smoothe/FS®* must be required by FDA to conduct bioequivalence studies in peanut-allergic patients to assess the allergenic potential of the refined peanut oil ingredient used in the generic formulation,. It is my medical judgment that an applicant for a generic version of *Derma-Smoothe/FS®* must be required by FDA to conduct bioequivalence studies in atopic dermatitis patients, with disease involvement greater than 50% of body surface area, to assess the potential of the generic formulation to suppress HPA axis function. FDA must impose these requirements on ANDA applicants to ensure an objective comparison of the safety of the generic formulation with that of the innovator drug.

6.  The clinical studies included in the labeling are specific studies conducted by Hill Dermaceuticals to demonstrate the safe and effective use of *Derma-Smoothe/FS®*. These studies were designed with precise and definite objectives to accommodate the unique peanut oil formulation of *Derma-Smoothe/FS®*, and results of these safety studies cannot be extrapolated. Without a point-by-point comparison of innovator and generic products, on all the safety issues identified, addressed and resolved by Hill concerning *Derma-Smoothe/FS®*, a generic version cannot use or reference those studies based on assumptions of similar response or effect. This is because the source of the peanut oil as well as the formulation in general, impacts safety parameters and product performance.

7.  The clinical studies assessing the innovator drug potential for HPA axis suppression has established that *Derma-Smoothe/FS®* does not cause suppression of HPA axis in patients as young as 2 years of age. It is the only approved topical corticosteroid that showed no

adrenal suppression, as demonstrated by these clinical studies where the drug was applied to as much as 90% of the body, for as long as 4 weeks twice daily use.

8. Unless an ANDA conducts bioequivalence studies in peanut-allergic patients and in atopic dermatitis patients to demonstrate bioequivalence, especially evaluating the safety parameters between *Derma-Smoothe/FS*® and the generic version, there is no scientific basis for an ANDA applicant to utilize labeling that references such studies. Due to Hill's unique, proprietary peanut oil based formulation, data included in the Insert Label for *Derma-Smoothe/FS*® on the safety studies, potential for HPA axis suppression and peanut allergenicity clinical studies, are not and will not be identical to any other product formulation including one that purports to be a generic equivalent of *Derma-Smoothe/FS*®.

9. These issues are of major importance that should be addressed by the Agency.

I DECLARE under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of May, 2007.

Further Affiant sayeth not.

_____
Rosario G. Ramirez, M.D.
Hill Dermaceuticals, Inc.

3

State of ____Florida_____     )
                                   ) ss.
County of ___Seminole_____     )


THE FOREGOING INSTRUMENT was acknowledged before me this _____15th day of _____May_____, 2007 by _____Rosario G. Ramirez, M.D.____.

[Please check below]

1.   _X_        Personally known to me.

2.   ____       Who has produced _____ as identification.

   a.   ____   Who did not take an oath.

   b.   _X_    Who did take an oath.

Given under my hand and official seal this __15th_ day of ____May____, 2007.

[Notary Seal]

SHARON L. DUDASH
MY COMMISSION # DD 483866
EXPIRES: August 6, 2009
Bonded Thru Budget Notary Services

_____Sharon L Dudash_____
NOTARY PUBLIC

Printed Name: Sharon L Dudash

Notary Seal, State, and County aforesaid.

My Commission Expires: Aug 6 2009

4