UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC. ) | |
| Plaintiff ) | |
| ) | Civil Action No. 07-552 (RCL) |
| v. ) | |
| U.S. FOOD & DRUG ) ADMINISTRATION, *et al.*, ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiff's motion [4] for a stay to prevent the approval of any generic versions of HDI's Derma-Smoothe/FS® (flucinolone acetonide) Scalp Oil or Body Oil until the Food and Drug Administration provides a substantive response to HDI's citizen petition, defendants' opposition, the reply, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth on November 29, 2007.