UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HILL DERMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-cv-00552 (RCL) |
| ) | |
| U.S. FOOD & DRUG ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT AND ORDER**

Hill Dermaceuticals, Inc. (HDI), plaintiff, and the United States Food and Drug Administration (FDA) and Commissioner of Food and Drugs Andrew C. von Eschenbach, defendants, jointly submit this status report to the Court:

1.  Plaintiff filed this case on March 16, 2007, alleging that FDA has violated the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 706(1), by delaying unreasonably in responding to a citizen petition that plaintiff submitted to FDA concerning generic versions of plaintiff's innovator drug Derma-Smoothe/FS® (fluocinolone acetonide topical oil, 0.01%).  On April 1, 2007, plaintiff filed a motion to stay asking the Court to prevent FDA from approving any abbreviated new drug applications until FDA responds substantively to plaintiff's citizen petition.

2.  Defendants opposed plaintiff's motion, and, on June 11, 2007, filed an Answer to the Complaint.

3.  On November 29, 2007, the Court denied plaintiff's motion to stay.

4.      Defendants have represented to plaintiff that FDA has been and is continuing to work on its response to the petition and that the agency intends to respond to the petition within the next three to six months.

5.      Plaintiff has agreed that, with this Court's approval, it will defer further proceedings in this action, including the taking of any discovery, provided that FDA responds to the citizen petition by June 13, 2008.

Respectfully submitted,

FOR THE PLAINTIFF

/s/
Larry M. Roth (admitted *pro hac vice*)
(Fla. Bar No. 20811)
LAW OFFICE OF LARRY M. ROTH, P.A.
1615 Edgewater Drive, Suite 180[32804]
P.O. Box 547637
Orlando, Florida 32854-7637
Tel:  407-872-2239
Fax: 407-872-6927


/s/
Simon E. Dance (D.C. Bar No. 436432)
David L. Rosen (D.C. Bar No. 438634)
FOLEY & LARDNER, LLP
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5101
Tel:  202-672-5430
Fax: 202-672-5399

FOR THE DEFENDANTS

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

EUGENE M. THIROLF
Director

/s/
GERALD C. KELL
 (D.C. Bar No. 929125)
Senior Trial Counsel
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Tel:  202-514-1586
Fax:  202-514-8742
gerald.kell@usdoj.gov

Of Counsel:
DANIEL MERON
General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

PAIGE H. TAYLOR
Associate Chief Counsel, Litigation
U.S. Dept. of Health
 & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857
301-827-1161

**ORDER**

Upon consideration of the for going joint status report, and good cause appearing

therefor, it is, this _____ day of _____ 2007, **SO ORDERED.**


_____
ROYCE C. LAMBERTH
United States District Judge