UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HILL DERMACEUTICALS, INC., </br></br> Plaintiff, </br></br> v. </br></br> U.S. FOOD & DRUG ADMINISTRATION, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-cv-00552 (RCL) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT STATUS REPORT AND ORDER**

Hill Dermaceuticals, Inc. (Hill), Plaintiff, and the United States Food and Drug Administration (FDA) and Commissioner of Food and Drugs Andrew C. von Eschenbach, Defendants, jointly submit this status report to the Court:

1. Plaintiff filed this case on March 16, 2007, alleging that FDA has violated the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 706(1), by delaying unreasonably in responding to a Citizen Petition that Plaintiff submitted to FDA concerning generic versions of Plaintiff's innovator drug Derma-Smoothe/FS® (fluocinolone acetonide topical oil, 0.01%). On April 1, 2007, Plaintiff filed a Motion to Stay asking the Court to prevent FDA from approving any abbreviated new drug applications (ANDA) until FDA responds substantively to Plaintiff's Citizen Petition.

2. Defendants filed an opposition to Plaintiff's motion on May 4, 2007. In that brief, Defendants explained that if FDA were to approve an ANDA for a generic version of

Derma-Smoothe,[1] the agency would grant or deny Plaintiff's Petition prior to taking such action, or at the latest, at the same time as issuing such approval. On June 11, 2007, Defendants filed an Answer to the Complaint.

3.  On November 29, 2007, the Court denied Plaintiff's Motion to Stay.

4.  In a Joint Status Report entered by this Court on January 2, 2008, Plaintiff agreed that, with this Court's approval, it would defer further proceedings in this action, including the taking of any discovery, provided that FDA responds to the Citizen Petition by June 13, 2008.

5.  Defendants have informed Plaintiff that FDA has worked diligently to respond to the Petition and has given careful consideration to the issues raised therein, including obtaining input from numerous offices within FDA's Center for Drug Evaluation and Research. Defendants have further informed Plaintiff that despite FDA's significant effort to respond to the Petition by June 13, the agency will not be able to complete its response by that date. Defendants have requested that Plaintiff agree to defer further proceedings in this action, including the taking of any discovery, provided that FDA responds to the Citizen Petition by December 12, 2008.

6.  Plaintiff, after much consideration, agrees to this earnest request for the additional time FDA has asked for. In doing so, however, Plaintiff wants the Court to understand that it

---

[1] As explained in Defendants' Opposition brief, as required by FDA regulations and consistent with long-standing policy, the agency will not confirm or deny whether any applications to market generic versions of Derma-Smoothe have been submitted to the agency. Unless the existence of an ANDA has been previously publicly disclosed or acknowledged, FDA will not publicly disclose the existence of an ANDA before an approvable letter is sent to the ANDA applicant pursuant to 21 C.F.R. § 314.110. 21 C.F.R. § 314.430(b). Thus, any reference to an ANDA for a generic version of Derma-Smoothe is intended to be hypothetical in nature and should not be construed as confirmation that an ANDA is, in fact, pending.

agrees to this action in the spirit of cooperation, but Hill in no way intends for this delay to give any impression that its Citizen Petition has less merit, that this suit has any less moment, or there is by Hill's view any minimization to the magnitude of the Petition's importance as it potentially affects the safety of the public at large.  The decision to agree to this request is also based upon the FDA's representation that no ANDAs for generic versions of Derma-Smoothe/FS® (fluocinolone acetonide topical oil, 0.01%) would be approved while FDA considers the issues raised in Hill's Citizen's Petition.  (*See* Defs.' Opposition Brf. at 3-4.)  Plaintiff joins herein solely based upon the represented good faith the FDA has stated as the basis for its delay request, and Hill is specifically relying upon these statements of good faith as the reason for asking the Court to accept the FDA's request.   Plaintiff will for purposes of this agreement accept at face value the comments made by FDA and the Department of Justice counsel to agree to the delay due to the practicality of the FDA's request, i.e., FDA has diligently worked on this and needs additional time to reach a decision on the issues raised in the Citizen Petition, and the agency will respond to the Citizen Petition on or before December 12, 2008.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANTS |
|---|---|
| | GREGORY G. KATSAS<br>Acting Assistant Attorney General |
| /s/<br>Larry M. Roth (admitted *pro hac vice*)<br>(Fla. Bar No. 20811)<br>LAW OFFICE OF LARRY M. ROTH, P.A.<br>1615 Edgewater Drive, Suite 180[32804]<br>P.O. Box 547637<br>Orlando, Florida 32854-7637<br>Tel:  407-872-2239<br>Fax: 407-872-6927 | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General<br><br>EUGENE M. THIROLF<br>Director<br><br>/s/<br>GERALD C. KELL<br> (D.C. Bar No. 929125)<br>Senior Trial Counsel<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Tel:  202-514-1586<br>Fax:  202-514-8742<br>gerald.kell@usdoj.gov |
| /s/<br>Simon E. Dance (D.C. Bar No. 436432)<br>David L. Rosen (D.C. Bar No. 438634)<br>FOLEY & LARDNER, LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C.  20007-5101<br>Tel:  202-672-5430<br>Fax: 202-672-5399 | Of Counsel:<br>THOMAS R. BARKER<br>Acting General Counsel<br><br>GERALD F. MASOUDI<br>Associate General Counsel<br>Food and Drug Division<br><br>ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation<br><br>PAIGE H. TAYLOR<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health<br> & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857 |

## ORDER

Upon consideration of the foregoing joint status report, and good cause appearing therefore, it is, this 16th day of June 2008, **SO ORDERED.**

\_\_\_\_\_/s/_____
ROYCE C. LAMBERTH
Chief Judge